UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **SHOWERS OF HERBS, ET AL.,** | **2:22-CV-12459-TGB-JJCG** |
| Plaintiffs, | HON TERRENCE G BERG<br>HON JONATHAN J.C. GREY |
| vs. | |
| **UNITED STATES DEPARTMENT OF DEFENSE, ET AL.,** | **ORDER DISMISSING CASE** |
| Defendants. | |

Plaintiffs filed their Complaint (ECF No. 1) on October 12, 2022. Plaintiffs did not pay the applicable filing fee, and have not moved for permission to proceed without paying it. On October 19, 2022, a notice was issued directing Plaintiffs to either pay the required fee or request permission to proceed without paying it in advance. Plaintiffs did not respond to that notice.

On November 14, 2022 the Court ordered Plaintiffs to show cause in writing within fourteen days why this case should not be dismissed for failure to either pay the filing fee or request permission to proceed without paying it. ECF No. 10. More than fourteen days have elapsed, and Plaintiffs have not responded to the Court's Order. Plaintiffs were

1

cautioned that failure to respond could result in the Complaint being dismissed.

Because Plaintiffs have not paid the requisite filing fee, have not requested permission to proceed without paying the ordinarily applicable fee, and have failed to respond to the Court's Order, **IT IS HEREBY ORDERED** that Plaintiffs' complaint is **DISMISSED**.

**SO ORDERED,** this 6th day of December, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge